UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:17-CR-252 |
|---|---|---|
| v. | ) | |
| FLOYD WILLIAMS | ) | |
| A/K/A "RICARDO WILLIAMS" | ) | |

## ORDER TO UNSEAL

Upon Motion of the United States,

IT IS ORDERED that Indictment number 4:17-CR-252, referenced above, and any and all accompanying documentation be unsealed effective November 28, 2017.

*[signature]*

HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA