# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 417-252 |
| FLOYD WILLIAMS, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Floyd Williams' "Motion for a Federal Investigation into Embezzlement, Identity Theft and Unauthorized Confiscation." Dkt. No. 66.

In April 2018, pursuant to a written plea agreement, Williams pleaded guilty to possession of cocaine base with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Dkt. Nos. 48, 49. In September 2018, the Court sentenced Williams to fifty-two months' imprisonment with the Bureau of Prisons, followed by three years' supervised release. Dkt. No. 58.

Williams has now filed a motion, seemingly unrelated to his conviction and sentence, wherein he alleges that an unidentified person or entity has both stolen money from his bank accounts and stolen his identity, and he requests the Court order a criminal investigation.

While the Court is sympathetic to Williams' plight, he cites no authority which would permit the Court to grant the requested relief.  Moreover, it appears Williams is capable of reporting the alleged crimes to the proper authorities.  Accordingly, Williams' motion for the Court to order an investigation into the alleged criminal activity is **DENIED**.

**SO ORDERED,** this 24th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA